UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-23708-CV-WILLIAMS

CHARLA BEAUVAIS,

    Plaintiff,

v.

AMISIAL MEDSPA LLC, *et al.*,

    Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Lisette M. Reid's Reports and Recommendations (DE 42; DE 43) on Plaintiff's Amended Motion for Final Default Judgment (DE 33) ("***Motion for Judgment***") and Plaintiff's Renewed Motion for Attorneys' Fees and Costs (DE 34) ("***Motion for Fees***"). In the Report and Recommendation on Plaintiff's Motion for Judgment (DE 42), Judge Reid recommends that the Motion for Judgment be granted. Specifically, Judge Reid recommends that Plaintiff recover from Defendants $3,547.50 in damages for unpaid overtime wages and liquidated damages under the Fair Labor Standards Act ("***FLSA***") and $7,479.71 in lost wages under the Florida Private Whistleblowers Act ("***FWA***"). (*Id.* at 5.) In the Report and Recommendation on Plaintiff's Motion for Fees (DE 43), Judge Reid recommends that the Motion for Fees be granted in part and denied in part. Judge Reid recommends that the Court award Plaintiff $12,289.75 in attorneys' fees and $532.00 in costs (*id.* at 12), a slight reduction from the $17,556.25 in attorneys' fees and $682.00 in costs Plaintiff

requested (DE 34). No Party filed objections to either Report and Recommendation and the time to do so has passed.

Upon an independent review of the Reports and Recommendations, the record, and applicable law, it is **ORDERED AND ADJUDGED** that:

1. The Report and Recommendation on Plaintiff's Motion for Judgment (DE 42) is **AFFIRMED AND ADOPTED**.

2. The Report and Recommendation on Plaintiff's Motion for Fees (DE 43) is **AFFIRMED AND ADOPTED**.

3. Plaintiff's Motion for Default Judgment (DE 33) is **GRANTED**. Plaintiff Charla Beauvais shall recover from Defendants Amisial Medspa LLC and Edy Amisial $3,547.50 in damages for unpaid overtime wages and liquidated damages under the FLSA and $7,479.71 in lost wages under the FWA. Interest shall accrue on this judgment pursuant to 28 U.S.C. § 1961.

4. Plaintiff's Motion for Fees (DE 34) is **GRANTED IN PART AND DENIED IN PART**. Plaintiff's counsel is awarded $12,289.75 in attorneys' fees and $532.00 in costs.

5. The Court will separately enter an order of final judgment.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 27th day of December, 2023.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE